UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN KELLY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. WILSON, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-2557 TLN AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a former state prisoner challenging conditions of his prior confinement under the authority of the California Department of Corrections and Rehabilitation. By order filed April 20, 2020, plaintiff was directed to complete and submit a non-prisoner application to proceed in forma pauperis within thirty days. ECF No. 12. Plaintiff was informed that failure to timely submit the completed application would result in dismissal of this action without prejudice. Id. That deadline has passed but plaintiff has not submitted a completed in forma pauperis application or otherwise communicated with the court. Because this action is referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c), the court will now recommend the dismissal of this action.

　　　　Accordingly, for the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　　These findings and recommendations are submitted to the United States District Judge

1 | assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14)
2 | days after being served with these findings and recommendations, plaintiff may file written
3 | objections with the court.  Such document should be captioned "Objections to Magistrate Judge's
4 | Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
5 | specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
6 | F.2d 1153 (9th Cir. 1991).
7 | DATED: June 2, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE